# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN TIMOTHY MALADY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13CV80 SNLJ |
| CORIZON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's request for consideration and motion for default judgment.

In his request for consideration, plaintiff accuses Corizon of intentionally refusing to accept service on its employees. Corizon has informed the Court that its registered agent mistakenly refused service for a few employees. An entry of appearance by counsel has been entered on behalf of those attorneys. Therefore, plaintiff's request is moot.

Plaintiff's motion for default judgment is based on the same facts as his request for consideration. As a result, it will also be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for consideration [ECF No. 22] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment [ECF No. 24] is **DENIED**.

Dated this <u>13th</u> day of September, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE